[No. 30372-1-III.   Division Three.   October 4, 2012.]

BEN CHRISTOPHER SCHOENWALD, *as Personal Representative, Respondent*, v. AMERICAN TRADING AND EXCHANGE CORPORATION ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-2-00343-4, Allen Nielson, J., entered October 25, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 65847-6-I.   Division One.   October 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TERR ELLIS MACMILLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 10-1-00382-6, John M. Meyer, J., entered August 4, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Appelwick, JJ.

[No. 66057-8-I.   Division One.   October 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06950-2, Laura Gene Middaugh, J., entered September 3, 2010. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Cox and Ellington, JJ.

[No. 66073-0-I.   Division One.   October 8, 2012.]

ADIL LAHRICHI ET AL., *Appellants*, v. KATRIN E. FRANK ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-17150-5, Julie A. Spector, J., entered September 1, 2010. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J.